# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JUWAN DEERING,

        Petitioner,        Case Number: 2:11-CV-10320

v.        HON. GERALD E. ROSEN

MITCH PERRY,

        Respondent.
_____/

## JUDGMENT

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Opinion and Order dated April 12, 2013, this cause of action is DISMISSED.

Dated at Detroit, Michigan this 12th day of April, 2013.

        DAVID J. WEAVER
        CLERK OF THE COURT

BY:   s/Julie Owens
        Deputy Clerk

APPROVED:

s/Gerald E. Rosen
GERALD E. ROSEN
CHIEF UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 12, 2013, by electronic and/or ordinary mail.

        S/Julie Owens
        Case Manager, (313) 234-5135